UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-55756 |
| Plaintiff - Appellee, | D.C. Nos.  2:09-cv-01639-RHW |
| | 2:05-cr-00206-RHW-2 |
| v. | Central District of California, |
| SAMUEL LINDBLAD, | Los Angeles |
| Defendant - Appellant. | |
| | ORDER |

Before:     LEAVY and RAWLINSON, Circuit Judges.

The request for a certificate of appealability is denied.  *See* 28 U.S.C. § 2253(c)(2).  All pending motions are denied as moot.